NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO META PLATFORMS, INC. | Case No.: 3:25-mc-80003-AGT<br><br>REVISED REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED COPYRIGHT INFRINGER(S) |

Petitioner Nima Gharavi ("Petitioner") respectfully requests that the Clerk of this Court issue an amended subpoena pursuant to 17 U.S.C. § 512(h) to Meta Platforms, Inc. ("Service Provider") to include additional alleged infringers discovered subsequent to the Court's issuance of the original subpoena on January 17, 2025. In support of this Revised Petition, Petitioner states as follows:

1. **Procedural Background:** On January 17, 2025, this Court issued a subpoena pursuant to Petitioner's original petition concerning two alleged infringing accounts. The subpoena was served on January 18, 2025, with Service Provider confirming receipt on January 26, 2025.

2. **Extended Meet and Confer Process:** Following service, Petitioner engaged in an extensive meet and confer process with Service Provider's outside counsel spanning from January 31 through May 15, 2025, including four telephone conferences and nineteen written communications. During this process, Service Provider conducted a thorough investigation to ensure Petitioner's good faith basis for the subpoena and ability to establish a prima facie case of copyright infringement, referencing concerns from *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, Case No. 20-mc-80214-VC, 608 F. Supp. 3d 868 (N.D. Cal. Jun., 21, 2022) ("*Bayside*").

3. **Discovery of Additional Infringement:** During the extended timeline necessitated by Service Provider's investigation, Petitioner discovered nineteen additional accounts engaging in substantially similar copyright infringement involving additional copyrighted works owned by Petitioner.

4. **Additional DMCA Compliance:** Petitioner sent compliant takedown notices pursuant to 17 U.S.C. § 512(c)(3)(A) for the newly discovered infringement on January 12, 2025, March 10, 2025, March 29, 2025, and May 25, 2025.

5. **Justification for Amendment:** The original subpoena, while addressing the initially identified infringement, has become incomplete due to the discovery of

additional, similar infringing conduct. Accordingly, Petitioner respectfully requests amendment to include the newly identified accounts.

6. **Statutory Compliance:** Pursuant to 17 U.S.C. § 512(h)(2), Petitioner submits:

- Updated notification(s) sent to Service Provider (Revised Exhibit 1);
- Revised proposed subpoena; and
- Updated sworn declaration.

Dated: May 26, 2025

/s/ Nima Gharavi
Nima Gharavi

Petitioner *Pro Se*