# Exhibit 1

# DMCA Takedown Notification #1

-----Original Message-----
From: Instagram <case++aazqbqrri4na5h@support.instagram.com>
Sent: Wednesday, December 18, 2024 4:54 PM
To: nima@midwestwrestle.com
Subject: Intellectual Property Report #609107314908370

[External email - use caution]


The Instagram Team received a report from you. For reference, your complaint number is 609107314908370.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the Help Center for additional information. There you will find links to contact forms for submitting reports:

IP Help Center:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F535503073130320%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7Cb43f380b03194b29912708dd1fb6e637%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638701592622200408%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=imbl6zPXM0QsUhXRf3aJCG1tiYqu1l%2FslOrnQ2L5LVs%3D&reserved=0

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

Hacked Accounts:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F368191326593075%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7Cb43f380b03194b29912708dd1fb6e637%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638701592622221340%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=m0Zl6Rza8HVyDaNKWFF2PXFUmZMTMScGCVU0tUL5q%2FQ%3D&reserved=0

Impersonation Accounts:

https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F446663175382270%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7Cb43f380b03194b29912708dd1fb6e637%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638701592622233906%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=2Yz9bYztCZaK6hVFP%2FbhHYCDyeEwZaXebv3rch%2FDdOE%3D&reserved=0

Underage Children:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F290666591035380%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7Cb43f380b03194b29912708dd1fb6e637%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638701592622246726%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=4JRSmyI9dMZ1Okh8etsJYS7IZJUTxD1y%2FnFXgavcU7g%3D&reserved=0

Abuse and Spam:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F165828726894770%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7Cb43f380b03194b29912708dd1fb6e637%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638701592622263445%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=gSMjmYuEjyJE%2BWwutP19e6r2dR%2BqR6EGcWhyaqSG%2Bbk%3D&reserved=0

Exposed Private Information:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F122717417885747%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7Cb43f380b03194b29912708dd1fb6e637%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638701592622275267%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=OQoNnWoxaYd6cW9PjviFFW%2BQ1yLFrwQgYVBDLsYdXR0%3D&reserved=0

If the links above do not contain the information you are looking for, you may want to search the Help Center for more assistance:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7Cb43f380b03194b29912708dd1fb6e637%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638701592622287080%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=beeN3aHljsMPobnqdiMSSpxMtCLcsCAGC9itfEdvr%2FE%3D&reserved=0

As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks,

The Instagram Team

-------------------------

Describe your relationship to the rights owner. : I am the rights owner.

Your full name : Midwest Wrestle

Mailing address : 222 W Merchandise Mart Plaza #1305, Chicago, IL 60654 Email address : nima@midwestwrestle.com Name of the rights owner : Nima Gharavi D.B.A. Midwest Wrestle Where are you asserting rights? : United States Which of these best describes the copyrighted work? : Video Please provide links (URLs) to the copyrighted work or describe it in the box below. :

https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DS2GrHIAD7RM&data=05%7C02%7Cnima%40colorado.edu%7Cb43f380b03194b29912708dd1fb6e637%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638701592622298620%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=6Spwxqz0reZ0yHTo%2BevDXMTFUzl2uSZA6weKiB5MSeo%3D&reserved=0

https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DCJsIzltdrmM&data=05%7C02%7Cnima%40colorado.edu%7Cb43f380b03194b29912708dd1fb6e637%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638701592622310356%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=WoaeAVq6VF4XfKoDcgwGV2vmCNrUgzZ8r1KZXm%2FqJ1Q%3D&reserved=0

What type of content are you reporting? : Photo, video or post Please provide links (URLs) leading directly to the specific content you are reporting. :

https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FDB0XtMYumoF&data=05%7C02%7Cnima%40colorado.edu%7Cb43f380b03194b29912708dd1fb6e637%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638701592622322093%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=ZiNhnsLIWCWXlWTntnR2Q3w3l%2Bqg7vhQwJhMSEZ2ApQ%3D&reserved=0

https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FDB8A9PARQbu&data=05%7C02%7Cnima%40colorado.edu%7Cb43f380b03194b29912708dd1fb6e637%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638701592622333757%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=y%2FXCD%2BS6F0cL%2FCXuXcNUTc1FmGNKdAg5RkTFYcrJKqg%3D&reserved=0

https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FDCD0Vt8RP3Z&data=05%7C02%7Cnima%40colorado.edu%7Cb43f380b03194b29912708dd1fb6e637%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638701592622345437%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=XeefW8izYLK0udTz%2FZj%2F8yuZg7J5r%2BPnVoWKhdRXM8Y%3D&reserved=0

Describe why you are reporting this content. : This content copies my work Please provide any additional information that can help us understand your report. : The copyrighted work that was infringed is a video that I created and that I retain exclusive copyright to. The infringing work is an unauthorized reproduction copied from my original video that I created and that I retain exclusive copyright to.

# DMCA Takedown Notification #2

-----Original Message-----
From: Instagram <case++aazrew326gdjqg@support.instagram.com>
Sent: Wednesday, January 1, 2025 8:47 PM
To: nima@midwestwrestle.com
Subject: Intellectual Property Report #1846802485854087

[External email - use caution]


The Instagram Team received a report from you. For reference, your complaint number is 1846802485854087.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the Help Center for additional information. There you will find links to contact forms for submitting reports:

IP Help Center:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F535503073130320%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C4be80ef9a0c84e4641fb08dd2ad7c0dc%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638713828336491776%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=hHF6kpjr6xtK8t845divBekfZ60hPLM2MwBKd5c4AeE%3D&reserved=0

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

Hacked Accounts:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F368191326593075%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C4be80ef9a0c84e4641fb08dd2ad7c0dc%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638713828336512196%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=V9gVI77JOSNpM3A2yjhtnVXigi491gbTvS5VUBnqp9E%3D&reserved=0

Impersonation Accounts:

https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F446663175382270%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C4be80ef9a0c84e4641fb08dd2ad7c0dc%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638713828336525156%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=GcLoEwHojw%2FD5UbsaWOAZRFiEFLQEWDz%2FRigYKn%2BmY4%3D&reserved=0

Underage Children:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F290666591035380%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C4be80ef9a0c84e4641fb08dd2ad7c0dc%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638713828336539191%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=EIRhEdWmynBWUkiY0CV%2FYf3Vy0PtluOwF10%2B%2BKu06Yw%3D&reserved=0

Abuse and Spam:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F165828726894770%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C4be80ef9a0c84e4641fb08dd2ad7c0dc%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638713828336559042%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=%2BUszY7Om9IZOpbTBYXkKQ5WNxbRtYpwovWFAf0IglyU%3D&reserved=0

Exposed Private Information:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F122717417885747%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C4be80ef9a0c84e4641fb08dd2ad7c0dc%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638713828336577882%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=qjZUAHJVr75UCWW4EHzG6EisfaQlh9wm3%2FY2ps%2ByYT8%3D&reserved=0

If the links above do not contain the information you are looking for, you may want to search the Help Center for more assistance:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C4be80ef9a0c84e4641fb08dd2ad7c0dc%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638713828336591131%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=Yi95MfJ1VzCz3jVXz%2BQSzXnrVMX1dzldCAvwl%2FRr7xk%3D&reserved=0

As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks,

The Instagram Team

-------------------------

Describe your relationship to the rights owner. : I am the rights owner.
Your full name : Nima Gharavi
Mailing address : 4610 North Clark St. #1098 Chicago, IL 60640 Email address : nima@midwestwrestle.com Name of the rights owner : Nima Gharavi Where are you asserting rights? : United States Which of these best describes the copyrighted work? : Video Please provide links (URLs) to the copyrighted work or describe it in the box below. :

https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DWZ_4jYyCV1Q&data=05%7C02%7Cnima%40colorado.edu%7C4be80ef9a0c84e4641fb08dd2ad7c0dc%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638713828336603372%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=kwDFwHF3K5kf163pQ4BccCEasz0KbQoVj4CN1NRQ2ok%3D&reserved=0

https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DR3pJw007qXg&data=05%7C02%7Cnima%40colorado.edu%7C4be80ef9a0c84e4641fb08dd2ad7c0dc%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638713828336615856%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=cwmeR02HtSIksDCExcXvZ5tWU4xxpL%2FyfEbzZ8lDeL0%3D&reserved=0

What type of content are you reporting? : Photo, video or post Please provide links (URLs) leading directly to the specific content you are reporting. :

https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.instagram.com%2Feryol.99%2Freel%2FDC2juqqJRLH%2F&data=05%7C02%7Cnima%40colorado.edu%7C4be80ef9a0c84e4641fb08dd2ad7c0dc%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638713828336627641%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=EPMevZjcCn6HJGy2MhEl3sbvS48drACT3%2Fwck800FHw%3D&reserved=0

https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.instagram.com%2Feryol.99%2Freel%2FDA7UDD-JHzg%2F&data=05%7C02%7Cnima%40colorado.edu%7C4be80ef9a0c84e4641fb08dd2ad7c0dc%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638713828336805953%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=e07T5ntEqP4KxTnYHSAxsRvcWZWhcSdgXLUK2xpQbBA%3D&reserved=0

Describe why you are reporting this content. : This content copies my work Please provide any additional information that can help us understand your report. : The alleged infringement involves (a) motion picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to. The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing (an) unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

# DMCA Takedown Notification #3

-----Original Message-----
From: Instagram <case++aazrvak5jw5pr3@support.instagram.com>
Sent: Sunday, January 12, 2025 3:41 PM
To: nima@midwestwrestle.com
Subject: Intellectual Property Report #1329454878080449

[External email - use caution]


The Instagram Team received a report from you. For reference, your complaint number is 1329454878080449.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the Help Center for additional information. There you will find links to contact forms for submitting reports:

IP Help Center:

https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F535503073130320%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C6218795aaa2947e2445b08dd3351d88f%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638723722325982173%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=Yb5fTSdrNVO3ulRCijrHADg%2FaUfu%2BhZ7Gh0dt4dADQA%3D&reserved=0

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

Hacked Accounts:

https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F368191326593075%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C6218795aaa2947e2445b08dd3351d88f%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638723722326000279%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=0xgQ6AUaJkpmPVa%2BH5mY0ld0B3v8t8Hr6rEdDJph444%3D&reserved=0

Impersonation Accounts:

https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F446663175382270%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C6218795aaa2947e2445b08dd3351d88f%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638723722326012558%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=gk3v9gH6XFU3XzvMaWWUyOZI57FauHGH7DkEVxF6yek%3D&reserved=0

Underage Children:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F290666591035380%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C6218795aaa2947e2445b08dd3351d88f%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638723722326024532%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=WJhM3c0I7vXPpzRwaWwikxtYFfSc17tGUSf5ULlOAA4%3D&reserved=0

Abuse and Spam:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F165828726894770%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C6218795aaa2947e2445b08dd3351d88f%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638723722326036311%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=NVSBsZRSqO9ngit3QqT5qMReldWD2xAPcQAXGJB2oXQ%3D&reserved=0

Exposed Private Information:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F122717417885747%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C6218795aaa2947e2445b08dd3351d88f%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638723722326047871%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=gOhN2fLb%2BQXxkMx5%2F%2FKOm%2FbIAN4I2M8yR8yJHa2R%2Bms%3D&reserved=0

If the links above do not contain the information you are looking for, you may want to search the Help Center for more assistance:
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fhelp.instagram.com%2F%3Fref%3Dcr&data=05%7C02%7Cnima%40colorado.edu%7C6218795aaa2947e2445b08dd3351d88f%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638723722326061033%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=i2AriVrt5jKQCqM8yH%2BajWLDReTHF6Jiej6TjJATxu8%3D&reserved=0

As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks,

The Instagram Team

-------------------------

Describe your relationship to the rights owner. : I am the rights owner.

Your full name : Nima Gharavi

Mailing address : 4610 North Clark St. #1098 Chicago, IL 60640 Email address : nima@midwestwrestle.com Name of the rights owner : Nima Gharavi D.B.A. Midwest Wrestle Where are you asserting rights? : United States Which of these best describes the copyrighted work? : Video Please provide links (URLs) to the copyrighted work or describe it in the box below. :

https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DACF3GCsQyFI&data=05%7C02%7Cnima%40colorado.edu%7C6218795aaa2947e2445b08dd3351d88f%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638723722326072573%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=yj60CSn4v3%2B4eWZuD6bIC6keTApGQBt66pr6Ox9zFC0%3D&reserved=0

What type of content are you reporting? : Photo, video or post Please provide links (URLs) leading directly to the specific content you are reporting. :

https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.instagram.com%2Fp%2FDD9haUeJncB%2F&data=05%7C02%7Cnima%40colorado.edu%7C6218795aaa2947e2445b08dd3351d88f%7C3ded8b1b070d462982e4c0b019f46057%7C1%7C1%7C638723722326084167%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=7TVE3VJxhf4Z%2B2j6MKk85NT5CcsCW2yuRA%2BHGPZkWiw%3D&reserved=0

Describe why you are reporting this content. : This content copies my work Please provide any additional information that can help us understand your report. : The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

# DMCA Takedown Notification #4

-----Original Message-----
From: Instagram <case++aazqnnr77p4lyo@support.instagram.com>
Sent: Monday, March 10, 2025 10:41 PM
To: nima@midwestwrestle.com
Subject: Intellectual Property Report #1043408394511958

The Instagram Team received a report from you. For reference, your complaint number is 1043408394511958.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the Help Center for additional information. There you will find links to contact forms for submitting reports:

IP Help Center:
http://help.instagram.com/535503073130320/?ref=cr

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

Hacked Accounts:
http://help.instagram.com/368191326593075/?ref=cr

Impersonation Accounts:
http://help.instagram.com/446663175382270/?ref=cr

Underage Children:
http://help.instagram.com/290666591035380/?ref=cr

Abuse and Spam:
http://help.instagram.com/165828726894770/?ref=cr

Exposed Private Information:
http://help.instagram.com/122717417885747/?ref=cr

If the links above do not contain the information you are looking for, you may want to search the Help Center for more assistance:
http://help.instagram.com/?ref=cr

As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks,

The Instagram Team

-------------------------
Describe your relationship to the rights owner. : I am the rights owner.
Your full name : Nima Gharavi
Mailing address : 4610 North Clark St. #1098, Chicago, IL 60640 Email address :
nima@midwestwrestle.com Name of the rights owner : Nima Gharavi Where are you asserting rights? : United States Which of these best describes the copyrighted work? : Video Please provide links (URLs) to the copyrighted work or describe it in the box below. :
https://www.youtube.com/watch?v=QD60wEHDeZ8
https://www.youtube.com/watch?v=ACF3GCsQyFI
https://www.youtube.com/watch?v=R3pJw007qXg
https://www.youtube.com/watch?v=3bWOltHek40
https://www.youtube.com/watch?v=kfPyPZWAHA0
What type of content are you reporting? : Photo, video or post Please provide links (URLs) leading directly to the specific content you are reporting. :
https://www.instagram.com/combat_nuts/reel/Ct6YqFIM5_Y
https://www.instagram.com/wrestling.menn/reel/DFOECP6uH9U/
https://www.instagram.com/wrestling.menn/reel/DEvKp4_OKWh/
https://www.instagram.com/wrestling.menn/reel/DCZykQhuisI/
https://www.instagram.com/wrestling.menn/reel/C4eBvVVN9fS/
https://www.instagram.com/wrestling.menn/reel/DEKwqaTNtak/

Describe why you are reporting this content. : This content copies my work Please provide any additional information that can help us understand your report. : The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

# DMCA Takedown Notification #5

-----Original Message-----
From: Instagram <case++aazqarmgmwurjh@support.instagram.com>
Sent: Saturday, March 29, 2025 11:52 AM
To: nima@midwestwrestle.com
Subject: Intellectual Property Report #571845121867133


The Instagram Team received a report from you. For reference, your complaint number is 571845121867133.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the Help Center for additional information. There you will find links to contact forms for submitting reports:

IP Help Center:
http://help.instagram.com/535503073130320/?ref=cr

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

Hacked Accounts:
http://help.instagram.com/368191326593075/?ref=cr

Impersonation Accounts:
http://help.instagram.com/446663175382270/?ref=cr

Underage Children:
http://help.instagram.com/290666591035380/?ref=cr

Abuse and Spam:
http://help.instagram.com/165828726894770/?ref=cr

Exposed Private Information:
http://help.instagram.com/122717417885747/?ref=cr

If the links above do not contain the information you are looking for, you may want to search the Help Center for more assistance:
http://help.instagram.com/?ref=cr

As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks,

The Instagram Team

-------------------------
Describe your relationship to the rights owner. : I am the rights owner.
Your full name : Nima Gharavi
Mailing address : 4610 North Clark St. #1098, Chicago, IL 60640 Email address : nima@midwestwrestle.com Name of the rights owner : Nima Gharavi  D.B.A. Midwest Wrestle Where are you asserting rights? : United States Which of these best describes the copyrighted work? : Video Please provide links (URLs) to the copyrighted work or describe it in the box below. :
https://www.youtube.com/watch?v=0WFQHE8pLE0
https://www.youtube.com/watch?v=c53r0NfHlP4
https://www.youtube.com/watch?v=W5tg8NE-lSw
What type of content are you reporting? : Photo, video or post Please provide links (URLs) leading directly to the specific content you are reporting. : https://www.instagram.com/p/DHEkh7LtQyW
https://www.instagram.com/p/DHQmhBPomct
https://www.instagram.com/p/DGYEy_rS5aC
Describe why you are reporting this content. : This content copies my work Please provide any additional information that can help us understand your report. : The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

# DMCA Takedown Notification #6

-----Original Message-----
From: Instagram <case++aazrxfquohdupt@support.instagram.com>
Sent: Sunday, May 25, 2025 10:32 PM
To: nima@midwestwrestle.com
Subject: Intellectual Property Report #1404023004066143


The Instagram Team received a report from you. For reference, your complaint number is 1404023004066143.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the Help Center for additional information. There you will find links to contact forms for submitting reports:

IP Help Center:
http://help.instagram.com/535503073130320/?ref=cr

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

Hacked Accounts:
http://help.instagram.com/368191326593075/?ref=cr

Impersonation Accounts:
http://help.instagram.com/446663175382270/?ref=cr

Underage Children:
http://help.instagram.com/290666591035380/?ref=cr

Abuse and Spam:
http://help.instagram.com/165828726894770/?ref=cr

Exposed Private Information:
http://help.instagram.com/122717417885747/?ref=cr

If the links above do not contain the information you are looking for, you may want to search the Help Center for more assistance:

http://help.instagram.com/?ref=cr

As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks,

The Instagram Team

--------------------------
Describe your relationship to the rights owner. : I am the rights owner.
Your full name : Nima Gharavi
Mailing address : 4610 North Clark St. #1098, Chicago, IL 60640 Email address : nima@midwestwrestle.com Name of the rights owner : Nima Gharavi  D.B.A. Midwest Wrestle Where are you asserting rights? : United States Which of these best describes the copyrighted work? : Video Please provide links (URLs) to the copyrighted work or describe it in the box below. :
https://www.youtube.com/watch?v=wWBs8dSzkFc
https://www.youtube.com/watch?v=_qz8gKtypzU
https://www.youtube.com/watch?v=CJsIzltdrmM
https://www.youtube.com/watch?v=iyDZYCAbnN4
https://www.youtube.com/watch?v=Jod0QGJPU9g
https://www.youtube.com/watch?v=H53amT-UJmg
https://www.youtube.com/watch?v=q-gnGIlpbyY
https://www.youtube.com/watch?v=W_QrOQZoHS0
https://www.youtube.com/watch?v=RXGu1xjcGhs
https://www.youtube.com/watch?v=kQUL7IYUHjA
https://www.youtube.com/watch?v=iWrmZFQ79-k
https://www.youtube.com/watch?v=-sOB_L1hUAo
https://www.youtube.com/watch?v=hHlQRbrRMBY
https://www.youtube.com/watch?v=R3pJw007qXg
https://www.youtube.com/watch?v=YTx1E-2D_Hc
https://www.youtube.com/watch?v=OJPPI2wDzFk
https://www.youtube.com/watch?v=0WFQHE8pLE0
https://www.youtube.com/watch?v=JmYzqLKZ85I
https://www.youtube.com/watch?v=BHBcU_1aRBU
https://www.youtube.com/watch?v=nZSVIxuIAxs
https://www.youtube.com/watch?v=TxOReDIi8MQ
https://www.youtube.com/@MidwestWrestle/videos
What type of content are you reporting? : Photo, video or post Please provide links (URLs) leading directly to the specific content you are reporting. :
https://www.instagram.com/reelhotboysvip/reel/C3SyoOQNc8W
https://www.instagram.com/reelhotboysvip/reel/Cylaq0ZN7rE
https://www.instagram.com/reelformen/reel/DGdiUeKo2Mb
https://www.instagram.com/reelformen/reel/CyZM3voo3W_
https://www.instagram.com/reelformen/reel/CuSDZCkouG1
https://www.instagram.com/justformeen/reel/DCR3iGNNJYd
https://www.instagram.com/onlytopguys/reel/DHqkX6Bo0ec
https://www.instagram.com/b0ysvip/reel/C-korppooHN

https://www.instagram.com/b0ysvip/reel/C48QRevIn5D
https://www.instagram.com/b0ysvip/reel/CqdpT8eIVvB
https://www.instagram.com/morebooys/reel/C0mXnOXtblp/
https://www.instagram.com/itsdudezx/reel/C3X8MODNW6R/
https://www.instagram.com/mikeo_gymbro/p/DJwgKClxiYU/
https://www.instagram.com/mikeo_gymbro/p/DKBXMjKR-5X/
https://www.instagram.com/sportyhotty_/reel/DJ4KcpuKcop/
https://www.instagram.com/worldfitmenn/reel/C5EfFFGtLd7/
https://www.instagram.com/worldfitmenn/reel/C4gW0Q8tYmV/
https://www.instagram.com/thepeachymen/reel/C7E0vgHIt3y/
https://www.instagram.com/woridofmen69/reel/DA13yiMoKwn/
https://www.instagram.com/delicatemasc/reel/DKBMcXauPKI/
https://www.instagram.com/delicatemasc/reel/DJsKk1Gun4Y/
https://www.instagram.com/fmjathletics/reel/C_Y9s_Ru3hB/
https://www.instagram.com/fmjathletics/reel/Cqi_JUQAudm/
https://www.instagram.com/fmjathletics/reel/Cqi-FADAIOe/
https://www.instagram.com/fmjathletics/reel/Cqi96nKA6nj/
https://www.instagram.com/fmjathletics/reel/Cqi9kLygaMQ/
https://www.instagram.com/fmjathletics/p/CqDcw2huQ7a/
https://www.instagram.com/fmjathletics/p/CqDcvR6uxzu/
https://www.instagram.com/fmjathletics/p/CqDctPbOEly/
https://www.instagram.com/fmjathletics/reel/CpyNPsng9tM/
https://www.instagram.com/fmjathletics/reel/CpqO14rgHe9/
https://www.instagram.com/fmjathletics/reel/CpiySZ0gTAt/
https://www.instagram.com/fmjathletics/reel/CpiyOEHgYRx/
https://www.instagram.com/fmjathletics/p/CpV4wGYuGFy/
https://www.instagram.com/fmjathletics/p/CpV4tsuOzYW/
https://www.instagram.com/fmjathletics/p/CpV4l1nu7iU/
https://www.instagram.com/fmjathletics/reel/CpGbJLEgl_o/
https://www.instagram.com/fmjathletics/reel/CpGK6sRAT4I/
https://www.instagram.com/fmjathletics/reel/CpGKXVpg5Nc/
https://www.instagram.com/fmjathletics/reel/CpGKA7xAGjp/
https://www.instagram.com/fmjathletics/reel/CpFqQxZAUys/
https://www.instagram.com/fmjathletics/reel/CpFqDUGgMbe/
https://www.instagram.com/fmjathletics/p/ConRCm5u1hK/
https://www.instagram.com/fmjathletics/p/ConRA13utJT/
https://www.instagram.com/fmjathletics/p/ConQ_XpugEJ/
https://www.instagram.com/fmjathletics/p/Cn4qTbpu9C6/
https://www.instagram.com/fmjathletics/reel/CnX-8-Eg1sq/
https://www.instagram.com/fmjathletics/reel/CnXxJktAOE5/
https://www.instagram.com/fmjathletics/p/CnCTV_Suyg6/
https://www.instagram.com/fmjathletics/p/CnCTUZbOTlh/
https://www.instagram.com/fmjathletics/p/CnCTSnWOJR9/
https://www.instagram.com/fmjathletics/p/CmmL4Ylubly/
https://www.instagram.com/fmjathletics/p/CmmL3AcuY_r/
https://www.instagram.com/fmjathletics/p/CmmL1kqu4YA/
https://www.instagram.com/fmjathletics/p/Cme3gQwu-vR/
https://www.instagram.com/fmjathletics/p/Cme3cVaOWC4/

https://www.instagram.com/fmjathletics/p/Cme3ZVkuv9j/
https://www.instagram.com/fmjathletics/p/CmC_zRaunjn/
https://www.instagram.com/fmjathletics/p/CmC_xe8OZMX/
https://www.instagram.com/fmjathletics/p/CmC_vSAu2Ga/
https://www.instagram.com/fmjathletics/p/CmC_n87OEDo/
https://www.instagram.com/fmjathletics/p/CmC_lfruKDf/
https://www.instagram.com/fmjathletics/p/CmC_kFxOLCq/
https://www.instagram.com/fmjathletics/p/CdQZoIBOman/
https://www.instagram.com/fmjathletics/p/CdQZlWJOEBH/
https://www.instagram.com/fmjathletics/p/CdQZjwuOxQL/
https://www.instagram.com/fmjathletics/p/CcaqasMLbsy/
https://www.instagram.com/fmjathletics/p/CcaqXxYLedE/
https://www.instagram.com/fmjathletics/p/CcaqU_Qr4Qu/
https://www.instagram.com/fmjathletics/p/CcaqPw2rr-X/
https://www.instagram.com/fmjathletics/p/CcaqMQAr60p/
https://www.instagram.com/fmjathletics/p/Ccamb5yrjWJ/
https://www.instagram.com/fmjathletics/p/CcTd_iNJo9a/
https://www.instagram.com/fmjathletics/p/CcTd69opxN1/
https://www.instagram.com/fmjathletics/p/CcTd43uJu6m/
https://www.instagram.com/fmjathletics/p/CZibguMO1jG/
https://www.instagram.com/fmjathletics/p/CZibeMCuzcr/
https://www.instagram.com/fmjathletics/p/CZibcOUO83a/
https://www.instagram.com/fmjathletics/p/CZFL0L0OHwt/
https://www.instagram.com/fmjathletics/p/CZFLy6-uV88/
https://www.instagram.com/fmjathletics/p/CZFLx3fuPhx/

Describe why you are reporting this content. : This content copies my work Please provide any additional information that can help us understand your report. : The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).