AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re DMCA 512(h) Subpoena to Meta Platforms, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:25-mc-80003-AGT |
| ) | |
| ) | |
| *Defendant* ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:  Meta Platforms, Inc.
1 Meta Way, Menlo Park, CA 94025-1444

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: Nima Gharavi<br>4610 North Clark St. #1098<br>Chicago, IL 60640 | Date and Time:<br>06/30/2025 5:11 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____        _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nima Gharavi                                                                                              , who issues or requests this subpoena, are:
Pro Se, 4610 North Clark St. #1098, Chicago, IL 60640, +1 (773) 899-4688, dmca@midwestwrestle.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT A TO SUBPOENA TO META PLATFORMS, INC.

### SCHEDULE OF DOCUMENTS TO BE PRODUCED

For each of the subsequently listed user account(s): the name, last known address, last known telephone number, any electronic mail addresses associated with each account from three (3) years to the date of the subpoena and any logs of Internet Protocol addresses used to access the subject account(s) from three (3) years to the date of the subpoena. *See In re DMCA Subpoena to eBay, Inc.*, No. 15-CV-922-BEN-MDD, 2015 WL 3555270, at *4 (S.D. Cal. June 5, 2015) (holding a DMCA subpoena issued on April 2, 2015, valid and enforceable for production of "the name, last known address, last known telephone number, any electronic mail addresses associated with each account from January 1, 2012, to the date of the subpoena and any logs of Internet Protocol addresses used to access the subject accounts" during the same period).

1

<u>USER ACCOUNTS FROM DMCA NOTICE #1</u>

1. @pinnedandsubbed

    a. https://www.instagram.com/pinnedandsubbed

<u>USER ACCOUNTS FROM DMCA NOTICE #2</u>

2. @eryol.99

    a. https://www.instagram.com/eryol.99

<u>USER ACCOUNTS FROM DMCA NOTICE #3</u>

3. @deportistassexys1 (Deportistas Sexys)

    a. https://www.instagram.com/deportistassexys1

<u>USER ACCOUNTS FROM DMCA NOTICE #4</u>

4. @combat_nuts (Combat Nuts)

    a. https://www.instagram.com/combat_nuts

5. @wrestling.menn (wrestling.menn)

    a. https://www.instagram.com/wrestling.menn

<u>USER ACCOUNTS FROM DMCA NOTICE #5</u>

6. @tavooscableparsian (tavooscableparsian)

    a. https://www.instagram.com/tavooscableparsian

7. @wrestlingmachine10 (Wrestling Machine)

    a. https://www.instagram.com/wrestlingmachine10

### USER ACCOUNTS FROM DMCA NOTICE #6

8. @reelformen (**Reel for men**💙)

    a. https://www.instagram.com/reelformen/

9. @reelhotboysvip (HOT BOYS 🔥)

    a. https://www.instagram.com/reelhotboysvip/

10. @justformeen (Just for Men😈)

    a. https://www.instagram.com/justformeen/

11. @onlytopguys (**Only top guys**Ⓜ️👇)

    a. https://www.instagram.com/onlytopguys/

12. @b0ysvip (Alvaro Sanchez)

    a. https://www.instagram.com/b0ysvip/

13. @morebooys (+ **Boys**🤩)

    a. https://www.instagram.com/morebooys/

14. @itsdudezx (itsdudez)

    a. https://www.instagram.com/itsdudezx/

15. @mikeo_gymbro (Michael Owens)

    a. https://www.instagram.com/mikeo_gymbro/

3

16. @sportyhotty_ (Only sporty guys here 👉)

    a. https://www.instagram.com/sportyhotty_/

17. @worldfitmenn (fitness motivation)

    a. https://www.instagram.com/worldfitmenn/

18. @thepeachymen (The Peachy Men 🍑 ✨)

    a. https://www.instagram.com/thepeachymen/

19. @worldofmen69 (worldofmen69)

    a. https://www.instagram.com/worldofmen69

20. @delicatemasc (delicate masc)

    a. https://www.instagram.com/delicatemasc/

21. @fmjathletics (FMJ)

    a. https://www.instagram.com/fmjathletics/

4