NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO META PLATFORMS, INC. | Case No.: 3:25-mc-80003-AGT<br><br>DECLARATION IN SUPPORT OF REVISED SUBPOENA TO OBTAIN THE IDENTITY OF (AN) ALLEGED INFRINGER(S) PURSUANT TO 17 U.S.C. § 512(h) |

I, Nima Gharavi, declare under penalty of perjury that the following is true and correct:

1. **Purpose**: I am the original creator and exclusive owner of all copyrights in all motion pictures published to the YouTube channel "https://www.youtube.com/MidwestWrestle" (collectively "the Work") protected under U.S. copyright law. I have reason to believe that one or more individuals have infringed my copyright(s) in the Work by publishing one or more unauthorized reproductions copied from the Work.

2. **DMCA Notice**: I sent one or more DMCA takedown notices ("Exhibit 1") to Meta Platforms, Inc. pursuant to 17 U.S.C. Section 512(c)(3)(A) regarding the alleged infringement.

3. **Request for Subpoena**: I am requesting the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) to identify the alleged infringer(s). The information sought through this subpoena will be used solely for the purpose of protecting my rights under Title 17.

4. **Good Faith Belief**: I have a good faith belief that the use of the material in the manner complained of is not authorized by me, my agent, or the law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2025 at Chicago, Illinois.

                                                        /s/ Nima Gharavi
                                                        Nima Gharavi

                                                        Petitioner *Pro Se*